# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TARA SANDERS,

    Plaintiff,

v.

MERCEDES-BENZ USA, LLC, et al.

    Defendants.

Case No.: 3:19-cv-2080-LAB-KSC

**ORDER OF DISMISSAL [Dkt. 16]**

The parties have filed a Stipulation of Dismissal with Prejudice. Dkt. 16. The Court construes it as a joint motion to dismiss under CivLR 7.2. The Motion seeks dismissal with prejudice of the entire action and states that "all issues pertaining to attorney's fees and costs have been resolved through the parties' settlement agreement." *Id.* The Court **GRANTS** the Motion. This action is **DISMISSED WITH PREJUDICE**.

Dated: September 23, 2020

_____
Hon. Larry A. Burns
Chief United States District Judge

1
ORDER OF DISMISSAL